DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES DEE ARCHER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1397

_____

May 24, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior publication.